| | |
|---|---|
| 1 | DAVID F. MCDOWELL (CA SBN 125806) |
|   | DMcDowell@mofo.com |
| 2 | SAMANTHA P. GOODMAN (CA SBN 197921) |
|   | SGoodman@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
|   | 555 West Fifth Street, Suite 3500 |
| 4 | Los Angeles, California 90013 |
|   | Telephone: 213.892.5200 |
| 5 | Facsimile: 213.892.5454 |

Attorneys for Defendant
RESTORATION HARDWARE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY DARDARIAN, individually and on behalf of all others similarly situated, | Case No. 3:11-cv-00946-JCS |
| Plaintiff, | **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |
| v. | **[L.R. 6-1(a)]** |
| RESTORATION HARDWARE, INC., a Delaware corporation, | Hon. Joseph C. Spero |
| Defendant. | Complaint Filed: March 1, 2011 |

**STIPULATION**

Pursuant to Rule 6-1(a) of the Local Rules of the United States District Court for the Northern District of California, Plaintiff Nancy Dardarian ("Plaintiff") and Defendant Restoration Hardware, Inc. ("Restoration Hardware"), by and through their undersigned counsel, stipulate as follows:

WHEREAS, Plaintiff filed the Complaint in this action on March 1, 2011, and served Restoration Hardware with the Complaint on or about March 7, 2011;

WHEREAS, under Federal Rule of Civil Procedure 12(a), Restoration Hardware's deadline to respond to the Complaint is March 28, 2011;

WHEREAS, the parties have agreed that the deadline for Restoration Hardware to respond to the Complaint shall be extended by thirty (30) days to and including April 27, 2011; and

WHEREAS, the extension of time for Restoration Hardware to answer or otherwise respond to the Complaint will not alter the date of any event or deadline already fixed by the Court;

THEREFORE, IT IS HEREBY AGREED AND STIPULATED that Restoration Hardware shall have to and including April 27, 2011, to answer or otherwise respond to the Complaint.

Dated: March 22, 2011

DAVID F. MCDOWELL
SAMANTHA P. GOODMAN
MORRISON & FOERSTER LLP

By: /s/ Samantha P. Goodman
SAMANTHA P. GOODMAN

Attorneys for Defendant
RESTORATION HARDWARE, INC.

| | | |
|---|---|---|
| Dated: March 22, 2011 | | H. TIM HOFFMAN<br>ARTHUR W. LAZEAR<br>CHAD A. SAUNDERS<br>HOFFMAN & LAZEAR |
| | By: | /s/ Chad A. Saunders<br>CHAD A. SAUNDERS |
| | | Attorneys for Plaintiffs<br>NANCY DARDARIAN, individually<br>and on behalf of all others similarly<br>situated |

Dated: March 23, 2011

**IT IS SO ORDERED**

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3
STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT

la-1116607

**ECF ATTESTATION**

I, Samantha P. Goodman, am the ECF User whose ID and password are being used to file this **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT**. In accordance with General Order 45 X.B, concurrence in the filing of this document has been obtained from Chad A. Saunders, counsel for Plaintiff, and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Dated: March 22, 2011

DAVID F. MCDOWELL
SAMANTHA P. GOODMAN
MORRISON & FOERSTER LLP

By: /s/ Samantha P. Goodman
SAMANTHA P. GOODMAN

Attorneys for Defendant
RESTORATION HARDWARE, INC.