IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY DARDARIAN, individually and on behalf of all others similarly situated,

    Plaintiff,

  v.

RESTORATION HARDWARE, INC., a Delaware corporation,

    Defendant.

No. C 11-00946 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **CONTINUES** the case management conference to **JUNE 16, 2011, AT 3:00 P.M.**

**IT IS SO ORDERED.**

Dated: May 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE